USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 9/8/2015

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------X

RICHARD DEMPSEY, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

-against-

DAVID P. VIEAU et al.,

Defendants.

----------------------------------------------------------X

13 **CIVIL** 6883 (LTS) (SN)

# JUDGMENT

Before the Court is Defendants' motion to dismiss the Amended Complaint ("AC") pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b) and the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4 et seq. ("PSLRA"), and the matter having come before the Honorable Laura Taylor Swain, United States District Judge, and the Court, on September 8, 2015, having rendered its Memorandum Opinion and Order granting Defendants' motion to dismiss the Amended Complaint in its entirety, and requesting the Clerk of Court to enter judgment in favor of Defendants and close this case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated September 8, 2015, Defendants' motion to dismiss the Amended Complaint in its entirety is granted, and judgment is hereby entered in favor of Defendants'; accordingly, the case is closed.

**Dated:** New York, New York
September 8, 2015

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:** ____

**Deputy Clerk**

**THIS DOCUMENT WAS ENTERED ON THE DOCKET ON ____**