USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 6/17/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

RICHARD DEMPSEY, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

-against-

DAVID P. VIEAU et al.,

Defendants.

---------------------------------------------------------X

13 CIVIL 6883 (LTS) (SN)

# JUDGMENT

Whereas on September 8, 2015, this Court granted Defendants' motion to dismiss the Amended Complaint ("AC") in its entirety, with prejudice, and ordered the Clerk of Court to close the case; the same day, the Clerk entered judgment in favor of Defendants; on October 6, 2015, Plaintiff having moved seeking relief from the Court's Judgment to reopen case, and leave to file a Second Amended Complaint, and the matter having come before the Honorable Laura Taylor Swain, United States District Judge, and the Court, on June 15, 2016, having rendered its Memorandum Opinion and Order granting Plaintiffs' motion for relief from the judgment under Federal Rules of Civil Procedure 59 and 60, denying Plaintiffs' motion for leave to amend their pleadings, and requesting the Clerk of Court to reinstate the judgment dismissing the Amended Complaint, and reclose the case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated June 15, 2016, Plaintiffs' motion for relief from the judgment under Federal Rules of Civil Procedure 59 and 60 is granted; Plaintiffs' motion for leave to amend their pleadings is denied; accordingly, the judgment dismissing the amended complaint is reinstated and the case is reclosed.

**Dated:** New York, New York
June 17, 2016

**RUBY J. KRAJICK**
**Clerk of Court**

**BY:** ______
**Deputy Clerk**

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON 6/17/2016